

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00414-CV

Walter Ray **SIMPSON** Jr.,
Appellant

v.

**AUTO INJURY SOLUTIONS, INC**.,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-03713
Honorable Michael E. Mery, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  September 21, 2016

DISMISSED

The parties have filed a joint motion to dismiss this appeal due to settlement. We grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(2); 43.2(f). Costs of appeal are taxed against the party who incurred them.

PER CURIAM